# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONICA HAROLD,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO.: 18-cv-03994** |
| v. | : | |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security** | : | |
| **Defendant.** | : | |

## JUDGMENT

In accordance with the Court's separate Order, filed contemporaneously with this Judgment, on this 13th day of November, 2019,

## JUDGMENT IS ENTERED

**IN FAVOR** of plaintiff, Monica Harold, and **AGAINST** defendant, Andrew Saul, Commissioner of the Social Security Administration, under Federal Rule of Civil Procedure 58(a).

                                                           _/s Richard A. Lloret_____
                                                           **HON. RICHARD A. LLORET**
                                                           **U.S. Magistrate Judge**